IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| First Franklin Financial Corp., | NO. C 06-04526 JW |
| Plaintiff, | **ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| People's Choice Mortgage Corp., | |
| Defendant. | |

The Court found it appropriate to take Defendant's Motion to Transfer to the Northern District of Illinois under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the hearing scheduled for December 4, 2006 is vacated. The case management conference scheduled for that day is also vacated.

Dated: November 29, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian H. Gunn bhgunn@wolfewyman.com
Damien P. Lillis dlillis@sfdavislaw.com
Eric M. Schiffer emschiffer@wolfewyman.com

| | |
|---|---|
| **Dated: November 29, 2006** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**  |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |